ELINORE J. SCHOLZ *vs.* WALTER P. SCHOLZ.   July 17, 1974.   The libellee seasonably appealed from a decree of divorce nisi granted to his wife in a Probate Court on July 10, 1972, but he failed to seek or obtain a stay of the decree pending the appeal under the provisions of G. L. c. 215, §§ 23 and 24.   In the absence of such a stay, the decree became absolute upon the expiration of six months from the date of entry.   G. L. c. 208, § 21.   In these circumstances the appeal brings no issue before the court.   *Sloane* v. *Sloane,* 349 Mass. 318, 318-319 (1965).   See *MacNevin* vs. *MacNevin,* 319 Mass. 719 (1946).

*Appeal dismissed.*

*Felix F. Perrone* for the libellee.
*Shirley R. Lewis* for the libellant.